# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

VICKIE POUNDS

VERSUS

LIBERTY MUTUAL INSURANCE
COMPANY, BENJAMIN TODD AND
NATIONWIDE AFFINITY
INSURANCE COMPANY OF AMERICA

NO.   2019 CW 1491

**NOVEMBER 15, 2019**

---

In Re:   Vickie Pounds, applying for rehearing, 19th Judicial District Court, Parish of East Baton Rouge, No. 638870.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT